UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,  ) CASE NO. CR19-052-RSM
      Plaintiff,  )
      v.  ) DETENTION ORDER
CHRISTIAN BOWMAN,  )
      Defendant.  )

<u>Offense charged in Indictment</u>:

Count 1: Conspiracy distribute heroin, one kilogram or more.

<u>Date of Detention Hearing</u>:    March 13, 2019.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

    <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    (1)    A rebuttable presumption of detention applies, as defendant has been charged

DETENTION ORDER
PAGE -1

with a drug offense which carries a maximum penalty in excess of ten years.

(2) Defendant and his counsel stipulated to the entry of an Order of Detention. The presumption has therefore not been rebutted in any way.

(3) His record includes controlled substance violations in Snohomish County, at least one of which resulted in a felony conviction. He also has at least one conviction for Criminal Trespass in the 1st degree, and a large number of arrests by the Tulalip Police Department. He also has failed to appear as directed for court hearings on multiple occasions over the years, and there were at least three bench warrants issued.

(4) He was charged with a drug conspiracy in this district, and participated successfully in the DREAM program in 2016.

(5) On advice of counsel, he declined to be interviewed by this court's pretrial services officer.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver

the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 13th day of March, 2019.

                                  s/ John L. Weinberg
                                  United States Magistrate Judge