Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHRISTIAN BOWMAN,<br><br>    Defendant. | Case No. 19-cr-052-RSM<br><br>ORDER |

Having read the Motion to Seal the Declaration of Scott Engelhard (and the records attached thereto), filed on September 20, 2019, this Court concludes that interests of privacy outweigh the interests of the public disclosure of the information contained therein and therefore the pleading in question should remain under seal.

It is hereby ORDERED that the Declaration of Scott Engelhard and attachments thereto (filed on September 20, 2019) shall remain under seal.

DATED this 23rd day of September, 2019,

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Order to Seal - 1

SCOTT J. ENGELHARD
1700 Seventh Avenue, #2100
Seattle, Washington 98101
206-683-2020

## CERTIFICATION OF SERVICE

I hereby certify that on the date provided below, I filed the foregoing with the Clerk of the Court and served the Parties using the CM/ECF system.

Respectfully submitted this 20th day of September, 2019,

s/ *Scott J. Engelhard*
SCOTT J. ENGELHARD, WSBA #13963
Attorney for Defendant

Order to Seal - 2

SCOTT J. ENGELHARD
1700 Seventh Avenue, #2100
Seattle, Washington 98101
206-683-2020