Honorable Ricarndo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      vs.<br><br>CHRISTIAN BOWMAN,<br><br>      Defendant. | Case No. 19-cr-052-RSM<br><br>ORDER |

Having read the Motion to Seal the Declaration of Scott Engelhard, filed on

September 23, 2019, this Court concludes that interests of privacy outweigh the interests of

the public disclosure of the information contained therein and therefore the pleading in

question should remain under seal.

Order to Seal - 1

SCOTT J. ENGELHARD
1700 Seventh Avenue, #2100
Seattle, Washington 98101
206-683-2020

It is hereby ORDERED that the Declaration of Scott Engelhard, filed on September 23, 2019, shall remain under seal.

DATED this 23rd day of September, 2019,

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

CERTIFICATION OF SERVICE

I hereby certify that on the date provided below, I filed the foregoing with the Clerk of the Court and served the Parties using the CM/ECF system.

Respectfully submitted this 23rd day of September, 2019,

s/ Scott J. Engelhard
SCOTT J. ENGELHARD, WSBA #13963
Attorney for Defendant

Order to Seal - 2

SCOTT J. ENGELHARD
1700 Seventh Avenue, #2100
Seattle, Washington 98101
206-683-2020