UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR19-52RSM |
| Plaintiff, | |
| v. | **ORDER** |
| CHRISTIAN BOWMAN, | |
| Defendant. | |

Defendant's pro se motion to appoint counsel filed June 25, 2020 (Dkt #133), is

GRANTED.  The Clerk is directed to provide a copy of this Order to the CJA

Coordinator for appointment of counsel in this matter.


DATED this 30th day of June, 2020.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE