Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>CHRISTIAN BOWMAN,<br><br>　　　　Defendant. | Case No.  19-cr-052-RSM<br><br>ORDER |

Having read the Motion to Seal Medical Records filed by Defendant Bowman, this Court concludes that the Medical Records submitted in conjunction with the Defendant's Motion for Compassionate Release should remain under seal.

It is hereby ORDERED that the Medical Records filed on July 30, 2020 by Defendant Bowman shall remain under seal.

DATED this 6th day of August, 2019.

　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

Order to Seal - 1

SCOTT J. ENGELHARD
1700 Seventh Avenue, #2100
Seattle, Washington 98101
206-683-2020